George E. V. STONE, Petitioner,

v.

BOARD OF EXAMINERS AND REGIS-
TRARS OF ARCHITECTS OF THE
DISTRICT OF COLUMBIA, Respond-
ent.

No. 13609.

United States Court of Appeals
District of Columbia Circuit.

Jan. 7, 1957.

As Modified Feb. 6, 1957.

Messrs. Harry L. Ryan, Jr., and
Duane G. Derrick, Washington, D. C.,
for petitioner.

Messrs. Chester H. Gray, Corporation
Counsel, Milton D. Korman, Principal
Asst. Corporation Counsel, Hubert B.
Pair, Asst. Corporation Counsel, and
Richard W. Barton, Asst. Corporation
Counsel, for respondent.

Before BAZELON, FAHY and BURGER,
Circuit Judges, in Chambers.

PER CURIAM.

Upon consideration of the petition for
allowance of an appeal from the judg-
ment of the Municipal Court of Appeals
entered herein October 23, 1956, of pe-
titioner's brief, of respondent's brief,
of petitioner's reply, and of the decision
and order of the Board of Examiners
and Registrars of Architects entered
herein June 21, 1956, contained in the
transcript of record; and it appearing
that, although the Board's sole conclu-
sion was that petitioner "did violate
Section 27(a) of the Architect's Regis-
tration Act" (§ 2–1027(a), D.C.Code,
1951 ed.), which permits revocation of a
certificate of registration "in case it is
shown that the certificate was obtained
through fraud or misrepresentation,"
the Board nevertheless failed to find that
the instant certificate was so obtained;
it is

Ordered by the Court that an appeal
from said judgment of the Municipal
Court of Appeals be, and it is hereby, al-
lowed.

It is further ordered by the Court that
the judgment and order of the Municipal
Court of Appeals entered herein October
23, 1956, be, and it is hereby, vacated
and that this case be, and it is hereby,
remanded to the Municipal Court of
Appeals with directions to remand this
case to said Board with directions to
vacate its decision and order of June
21, 1956, herein, and to dismiss these pro-
ceedings unless it can and does find, from
the evidence of record, that the actual
obtaining of the instant certificate was
due to fraud or misrepresentation.